FILED

2014 JAN 22 AM 11:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___DG___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '14 CR 0158 GPC |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import a Controlled Substance; |
| STERLING ROSE KINSLOW, | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin and Methamphetamine |
| Defendant. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including October 13, 2013, within the Southern District of California, and elsewhere, defendant STERLING ROSE KINSLOW did knowingly and intentionally conspire with other persons known and unknown to the grand jury to import a Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

//
//
//
//

AJGA:lml:San Diego
1/21/14

## Count 2

On or about October 13, 2013, within the Southern District of California, defendant STERLING ROSE KINSLOW did knowingly and intentionally import heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

On or about October 13, 2013, within the Southern District of California, defendant STERLING ROSE KINSLOW did knowingly and intentionally import methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 22, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ANDREW J. GALVIN
Assistant U.S. Attorney